IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL J. LEVITAN,
    Petitioner,

vs.                          CASE NO.  3:12cv73/LAC/CJK

DAVID MORGAN, et al.,
    Respondents.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 17, 2012. (Doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1) pursuant to 28 U.S.C. § 2241 is DISMISSED as moot.

3.    All pending motions are DENIED as moot.

4.      The clerk is directed to close the file.

DONE AND ORDERED this 19th day of September, 2012.

                                  s/*L.A. Collier*
                                  LACEY A. COLLIER
                                  SENIOR UNITED STATES DISTRICT JUDGE